IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**COURTNEY COETZEE**,
individually and on behalf of
all those similarly situated,

                Plaintiff,

                Case No: 21-cv-337

   vs.

**SHELL LAKE HEALTH CARE CENTER LLC**

and

**PREMIER HEALTHCARE MANAGEMENT OF SHELL LAKE LLC**,

                Defendants.

**PETITION FOR CLASS COUNSEL'S COSTS AND ATTORNEYS' FEES**

NOW COMES Plaintiff, by and through her attorneys, Hawks Quindel, S.C., to respectfully petition the Court for an award of costs and attorneys' fees as set forth below and on those grounds set forth in Plaintiff's supporting Brief and accompanying Declarations of attorneys David C. Zoeller, Rachhana T. Srey, and Jason J. Knutson.

1.    Class Counsel has negotiated the settlement of this FLSA collective action and Rule 23 class action on behalf of a class that includes 96 individuals.

2.    The settlement creates a common settlement fund of $155,000. Plaintiff's petition for an award of 30% of the common fund as attorneys' fees, inclusive of costs, totaling $46,500.

3. As set forth in greater detail in Plaintiff's supporting Brief and accompanying Declarations, the requested award is appropriate in light of the market value placed on similar cases and the amount of litigation in this case.

WHEREFORE, Plaintiff respectfully requests that the Court award costs and attorneys' fees as set forth above.

Dated: May 2nd, 2023.

> By: *s/ David C. Zoeller*
> **HAWKS QUINDEL, S.C.**
> David C. Zoeller, State Bar No. 1052017
> Email: dzoeller@hq-law.com
> Natalie L. Gerloff, State Bar No. 1117798
> Email: ngerloff@hq-law.com
> Post Office Box 2155
> Madison, Wisconsin 53701-2155
> Telephone: (608) 257-0040
> Facsimile: (608) 256-0236