IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

COURTNEY COETZEE,
individually and on behalf of
all those similarly situated,

               Plaintiff,

                                    Case No: 21-cv-337

v.

SHELL LAKE HEALTH CARE CENTER LLC

and

PREMIER HEALTHCARE MANAGEMENT OF SHELL LAKE LLC,

               Defendants.

---

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT

---

On May 16, 2023, named-plaintiff Courtney Coetzee filed an Unopposed Motion for Final Approval of a proposed settlement agreement with defendants Shell Lake Health Care LLC and Premier Healthcare Management of Shell Lake LLC ("Shell Lake"), resolving this action on a collective class-wide basis. (Dkt. # 72.) For settlement purposes, the court previously certified a collective under the Fair Labor Standards Act and a class under Federal Rule of Civil Procedure 23. (Dkt. # 56.) The court conducted a fairness hearing on May 23, 2023.

For reasons discussed in more detail at that hearing and based on the materials filed by plaintiff in support of her Motion for Final Approval, the court now holds that the proposed settlement agreement is "fair, adequate, and reasonable, and

not a product of collusion." *Reynolds v. Beneficial Nat'l Bank*, 288 F.3d 277, 279 (7th Cir. 2002) (quotation omitted). Based on the same reasons and materials, the court also holds that the requirements of Federal Rule of Civil Procedure 23 and the Fair Labor Standards Act regarding certification of class and collective actions have been met. Finally, the court hold that plaintiff's requests for a $1,000.00 enhancement payment to Coetzee and $46,500.00 in attorneys' fees and costs are reasonable.

More specifically, as requested in plaintiff's motion and in accordance with the terms of the proposed settlement agreement, the court finds:

- the settlement agreement is fair, reasonable, and adequate;

- the enhancement payment of $1,000.00 to Courtney Coetzee is also reasonable;

- the Petition for Class Counsel's Costs and Attorneys' Fees, and award Class Counsel costs and attorneys' fees in the total amount of $46,500.00 is fair and reasonable;

- the settlement amounts to be paid to the participating settlement class members as detailed in Exhibit A to the Declaration of David C. Zoeller and filed with plaintiff's motion are fair, reasonable and adequate; and

- named plaintiff and all class members (aside from those filing timely and valid requests for exclusion) are barred and permanently enjoined, to the fullest extent of applicable law, from pursuing any claims that were released against defendant as set forth in Sections 5 and 6 of the settlement agreement.

## ORDER

IT IS ORDERED that:

1) Plaintiff's Unopposed Motion for Final Approval of Collective and Class Action Settlement is GRANTED;

2) This lawsuit and plaintiff's complaint are DISMISSED on the merits with prejudice; and

3) The court retains jurisdiction to enforce the settlement.

Entered this 23rd day of May, 2023.

BY THE COURT

WILLIAM M. CONLEY
District Judge